**David WEBB, Plaintiff—Appellant,**

v.

**Joanne Sumie ONIZUKA; et al., Defendants—Appellees.**

No. 09–16391.

United States Court of Appeals, Ninth Circuit.

Submitted May 25, 2010.*

Filed June 17, 2010.

David Webb, Clearfield, UT, pro se.

Emmanuel G. Guerrero, Esquire, John Ryan Dwyer, Jr., Esquire, Principal Litigation Counsel, Dwyer Schraff Meyer Grant & Green, Pamela W. Bunn, Jason C. Zhao, Paul, Johnson, Park & Niles, Yuriko Jane Sugimura, Esquire, Bendet Fidell Sakai & Lee, Sarah S.P. Wong, Kobayashi, Sugita & Goda, Honolulu, HI, for Defendants–Appellees.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

David Webb appeals pro se from the district court's judgment dismissing his action arising from his purchase of a used vehicle. We have jurisdiction under 28

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

U.S.C. § 1291. We review de novo. *Peralta v. Hispanic Bus., Inc.,* 419 F.3d 1064, 1068 (9th Cir.2005). We affirm the dismissal of each defendant because the district court lacked subject matter jurisdiction.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.